Mark Madison 90919·083
Danbury federal correctional Insrituron
33½ Pembrooke RD. Route 37
Danbury Ct. 06811

WESTCHESTER NY   105

16 SEP 2020   PM 2   L

(clerk of courts)
United States District Court
450 Main Street
Hartford CT 06103

06103-307996

1st of 3

SEP 22 2020 AM 9:59
FILED-USDC-CT-HARTFORD

Mark Madison 90919-083

v/s                                                    3:20cv1436(VAB)

Intitution of Danbury Federal Correctional

    I Mark Madison would like to file this motion against Danbury Federal Correctional center for the following reason.

1) Back in May of 2020 I filed for compassinate relief due to the Cov.19 pandemic with Norfolk,Va. Federal court in which i was turn down because I failed to exhaust my remimdies. Reason im filing is cause Danbury lied to court claiming I never metion anything about compassinate relief before filing with court. First I filed asking for compassinate relief threw via-trulincs twith warden, case manager murray in which Danbury erase files, when court ask them if I tryed to exhaust rememdies. Secondly I have several copies of request forms in which i spoke bout compassinate relief, which I sent to Norfolk Federal Court proving i tryed start process to exhaust rememdies in which Danbury gave me application claim that they wasn't complete, cause I didn't feel out 1st section which didn't apply to me. which allow them to block me from exhausting my rememdies. Danbury has already been sued for road-blocking inmates from filing and it also was proven that they destroy forms in which inmates send filing for compassinate relief. Danbury lied to Norfolk court claiming i never spoke bout compassinate release before filing with court, erase files which can be proven in my case Mark Madison filed with Norfolk,Va. Court.

2) Second i filed lawsuit against Danbury medical staff for following reasons
    I have a aggressive gum disease in which is decaying my teeth aswel as my jawline. I was housed at Cumberland Federal Institution in which I recieve the 1st part of treatment and they wrote Danbury letting them know i needed continuess treatment with Dental which it clearly states in my medical file. I notify Danbury about this upon arrival and threw via-trulincs, copout forms. It also was inform

2 of 3

by the institution of Cumberland that these issues should be handle soon as possible. I arrive at Dan Nov. 5 19 and still haven't seen medical in which my teeth are decaying and jawline and I'm in continuess pain. Danbury Dental and medical not seeing or taking my health serious. 2) I substain a injury to my eye in which Danbury didn't give me x-rays to see if bone was broken or gave me proper medical attention. I wrote medical form asking to be x-rays and medical once again doesn't take issues serious now my face begining to heel in which my eye now seems bigger on oneside. Danbury medical is not providing proper medical care in which this suit was filed. I have document on these issues which also can be proven.

3) thirdly I like to filed Lawsuit against Danbury's R Dap program in which Is a voluntary progrom in which is a residential Drug program in which i sign contract to participate in, but wasn't a drug program, it was a behavior program in which the head of program Dr. Walsher, and DTS toth uses inmates for their amusing by causing conflicts amongst inmates threw the pull-up process part of program (Pull process is to point out inmates negative behaviors in progrom) but Dr. Walsher and Mrs Toth force inmates to identify drug dealers, users people with cell-phones in institution, and program which contract doesn't state. I dentifiein drug dealers on institution, and program places inmates health and lives in danger whic is why all prison institution have security and SIS investigators. Inmates are constantly getting in fights, arguements cause of what their asking us to do. I filed BP 8 against Mrs. Walsher, Toth about these actions in which Dr. Walsher was allow to answer complaint about her, were she didn't deny accusations of putting inmates at harm, just stated you sign contract. Once negative inmates get threw out program for selling and using drugs and it's not entertaining for her cause negative people gow she brings them right back in which it places other inmates back in jeorperdy. Their has been serveral incident's were inmates are assualted, and it's funny to Dr. Walsher in which I can prove and have witnesses. It force me to sign out cause I was discriminated against and got into altercations myself.

Pg 3 of 3

which causes me to stay in prison longer cause I can't recieve benefits. I made accusation about staff possibly being in relationship with inmate in RDAP and I was place in Seg (the hold) for making statement. RDAP program Dr. Walsher ms toth have no regrad for inmates lives and safety and treat us as if were not human beings.

Conclusion

These are reason while i am filing this motion and lawsuit against Danbury Correctional Institution for fiest lieing and hendering me from Compassinate release in which Norfolk court could of possibly release me due to Cov-19 pandemic in which Danbury is a hot-spot. Second for not giving me proper medical attention in which causes me pain and possible disfiaugement thirdly for places me in dangerous situations in were i could get possibly hurt in prison which cost me to sign-out of program which i can't recieve benefits to be release early, keeping me at further risk of getting Cov-19 in which I am Obese 30.6 and have ashma. I would like to Sue Danbury for the amount of $500,000 and to be release to home comfidement aswel as to have Dr. Walsher and Ms Toth fire theirfor this motion is filed with court.

sincerly
9-10-20
Mark D. Madison

filed 9th day of September 2020